Paul A. PUTZIGER, Trading as Paul Drill Service Co., Appellant, v. THORNTON–FULLER COMPANY.

No. 9065.

Circuit Court of Appeals, Third Circuit.

Argued May 10, 1946.

Decided May 27, 1946.

David H. H. Felix, of Philadephia, Pa. (Felix & Felix, of Philadelphia, Pa., on the brief), for appellant.

Joseph S. Clark, Jr., of Philadelphia, Pa. (Simon Pearl, Owen B. Rhoads, and Barnes, Dechert, Price and Smith, all of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, EDGERTON and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The judgment, 66 F.Supp. 360, of the court below is affirmed.